UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
SEAN ELDRIDGE,                                                     :
                               Plaintiff,     :
                                                                   :   23 Civ. 3727 (LGS)
                -against-                                 :
                                                                   :   ORDER
GREYHOUND LINES, INC., et al.,                                     :
                            Defendants.    :
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference is scheduled in this action for July 12, 2023, at 5:15 P.M.;

       WHEREAS, the Firstgroup Defendants were served on June 29, 2023, and have not yet appeared in this action.  It is hereby

       **ORDERED** that, in order to give the Firstgroup Defendants time to appear and answer or otherwise respond to the Complaint, the conference scheduled for July 12, 2023, at 5:15 P.M., is **adjourned** to **August 2, 2023, at 4:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 11, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE