```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEAN ELDRIDGE,                                              :
                                  Plaintiff,                :
                                                            :    23 Civ. 3727 (LGS)
              -against-                                     :
                                                            :           ORDER
GREYHOUND LINES, INC., et al.,                              :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was scheduled for September 13, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for September 13, 2023, at 4:00 P.M. is moved to **September 13, 2023, at 3:45 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.

Dated: September 12, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE