UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                        :
SEAN ELDRIDGE,                                          :
                                    Plaintiff,          :
                                                        :          23 Civ. 3727 (LGS)
                   -against-                             :
                                                        :                 ORDER
GREYHOUND LINES, INC., et al.,                          :
                                    Defendants.         :
                                                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a telephonic conference was held on September 13, 2023.  For the reasons

discussed at the conference, it is hereby

        ORDERED that, by **September 28, 2023**, and without prejudice to any arguments for

dismissal by FirstGroup, PLC ("FG"), including the lack of personal jurisdiction, Plaintiff and FG

shall meet and confer and file a joint letter providing an update on the status of discussions

regarding the possible dismissal of FG on whatever terms are mutually agreeable or proposing a

joint briefing schedule for FG's proposed motion to dismiss.  It is further

        ORDERED that by **September 28, 2023**, and without prejudice to any arguments for

dismissal by Twenty Lake Holdings LLC and Twenty Lake Management LLC (collectively,

"Twenty Lake"), Plaintiff and Twenty Lake shall meet and confer and file a joint letter providing

an update on the status of discussions regarding the possible dismissal of Twenty Lake on

whatever terms are mutually agreeable or proposing a joint briefing schedule.

Dated: September 14, 2023
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**