IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN ELDRIDGE and SHANE SMITH, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREYHOUND LINES, INC., FLIX SE, FLIX NORTH AMERICA, INC., FIRSTGROUP PLC, FIRSTGROUP SERVICES, INC., TWENTY LAKE HOLDINGS LLC, and TWENTY LAKE MANAGEMENT LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-3727-LGS-BCM<br><br>Hon. Lorna G. Schofield, U.S.D.J.<br><br>**PROPOSED STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice and without costs as against all defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

So Ordered.

Dated: February 13, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
February 12, 2024

_Jacqueline L. Aiello_  NPI"
Jacqueline L. Aiello, Esq.
BOYD RICHARDS PARKER & COLONNELLI, P.L.
1505 Broadway, Suite 505
New York, New York 10036
Telephone: (212) 400-0626
Email: jaiello@boydlawgroup.com
*Attorneys for Plaintiff*

_____
Robert M. Tucker, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C
599 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 492-2510
Email: robert.tucker@ogletree.com
*Attorneys for Greyhound Lines, Inc., Flix SE, and Flix North America, Inc.*

_____
Daniel Gomez-Sanchez, Esq.
LITTLER MENDELSON P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4713
Email: dsgomez@littler.com
*Attorneys for Defendants FirstGroup, PLC, FirstGroup Services Inc.*

_____
Richard J. Galati, Jr., Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Email: Richard.Galati@alston.com
*Attorneys for Defendants Twenty Lake Holdings LLC and Twenty Lake Management LLC*

SO ORDERED:

_____
Hon. Lorna G. Schofield, U.S.D.J.